IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE HOEY MORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:11-CV-2-WKW |
| | ) |
| SUSAN R. REDMOND, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On November 2, 2012, the Magistrate Judge filed a Recommendation. (Doc. # 45.) Plaintiff objected (Doc. # 47). After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that

1. Plaintiff's objections (Doc. # 47) are OVERRULED;

2. The Recommendation (Doc. # 45) of the Magistrate Judge is ADOPTED;

3. This case is DISMISSED with prejudice.

An appropriate judgment will follow.

DONE this 27th day of November, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE